Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−26319−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Debbie Brathwaite
   108 North Watchung Drive
   Hawthorne, NJ 07506

Social Security No.:
   xxx−xx−3060

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 27, 2014.

On 6/29/16 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:               July 27, 2016
Time:              09:00 AM
Location:        Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 30, 2016
JJW: clb

                                                                James J. Waldron
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 14-26319-SLM
Debbie Brathwaite                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1         Date Rcvd: Jun 30, 2016
                              Form ID: 185             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2016.
```
db             +Debbie Brathwaite,    108 North Watchung Drive,    Hawthorne, NJ 07506-2816
smg             U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
lm             +PNC Bank, NA,    3232 Newmark Drive,    Miamisburgh, OH 45342-5421
514974611    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     Po Box 982235,    El Paso, TX  79998)
514974610     +Ballard Spahr, LLP,    Michele C. Ventura, Esq.,    210 Lake Drive East, Ste 200,
                Cherry Hill, NJ 08002-1163
514974612     +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
514974613     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
514974614     +Frederick Towne,    108 North Watchung Drive,    Hawthorne, NJ 07506-2816
515682942      JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                Rochester, MI  48308-0730
515210398     +PNC Bank, National Association,    3232 Newmark Drive,    Miamisburg, Ohio 45342-5421
514974615     +Pnc Mortgage,    3232 Nemark Dr,    Miamisburg, OH 45342-5433
515168997      eCAST Settlement Corporation, assignee,    of Citibank (South Dakota), N.A.,    POB 29262,
                New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 30 2016 22:59:11     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2016 22:52:03      Synchrony Bank,
                c/o Recovery Mmgt. Sys.,    25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
515054221      E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2016 22:51:23      Synchrony Bank,
                c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 3
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2016 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Loss Mitigation    PNC Bank, NA bnicholas@kmllawgroup.com
              Brian C. Nicholas    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com
              Celine P. Derkrikorian    on behalf of Creditor    PNC Bank, National Association
               njecfmail@mwc-law.com
              Christopher J. Balala    on behalf of Debtor Debbie  Brathwaite cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;drocker@scuramealey.com
              David L. Stevens    on behalf of Debtor Debbie  Brathwaite dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;drocker@scuramealey.c
               om
              Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                              TOTAL: 7
```